Robert D. Wilkinson  #100478

1  **BAKER, MANOCK & JENSEN**
    A PROFESSIONAL CORPORATION
2    FIG GARDEN FINANCIAL CENTER
    5260 NORTH PALM AVENUE, FOURTH FLOOR
3    FRESNO, CALIFORNIA 93704-2209
    Telephone (559) 432-5400
    Telecopier (559) 432-5620
4

5  Attorneys for          Defendant TERRY L. WALTON

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. CR-F-03-5142 OWW
                                      )
12                    Plaintiff,      )
                                      )   **STIPULATION TO MODIFY**
13           v.                       )   **CONDITIONS OF PROBATION AND**
                                      )   **ORDER MODIFYING CONDITIONS OF**
14  TERRY L. WALTON, and EVERETT A.   )   **PROBATION**
    RABBON, JR.,                      )
15                                    )
                      Defendants.     )
16  _____  )

17

18          WHEREAS on February 8, 2005, Defendant TERRY L. WALTON was sentenced

19  to a term of probation of 60 months upon certain conditions, including the condition that he pay

20  $29,900.00 in restitution; and

21          WHEREAS, under Title 18 of the United States Code, section 3563(c), the court

22  may modify the conditions of a sentence of probation at any time prior to the expiration of the term

23  of probation; and

24          WHEREAS, under the Federal Rules of Criminal Procedure, Rule 32.1(c), the court

25  may modify the terms of probation without a hearing if the defendant waives the hearing, or the

26  relief sought is favorable to the defendant and does not extend the term of probation, and an

27  attorney for the government has received notice of the relief sought, has had reasonable opportunity

28  to object, and has not objected; and,

1      WHEREAS Defendant TERRY L. WALTON, through authorized counsel, hereby

2  waives hearing on this modification and acknowledges that the relief sought is favorable to him;

3  and

4      WHEREAS the attorney for the government has received notice and agrees to the

5  relief; and

6      WHEREAS, pursuant to the Judgment currently in effect, dated February 8, 2005,

7  the Defendant is required to pay interest on his restitution obligation; and

8      WHEREAS, pursuant to Title 18 of the United States Code, section 3612(f)(3), the

9  court may waive the requirement that the Defendant pay interest on restitution if it determines the

10 Defendant does not have the ability to pay interest; and

11     WHEREAS, the pre-sentence investigation report in this matter, dated November 1,

12 2004, at paragraph 31, establishes that Mr. WALTON's monthly expenses exceed his income and

13 establishes that he does not have the ability to pay interest;

14     The parties hereto, through authorized counsel, hereby stipulate and agree that the

15 Court's February 8, 2005, Judgment In A Criminal Case in this matter sentencing Defendant

16 TERRY L. WALTON to a 60-month term of probation may be modified to provide that the Court

17 has determined that the Defendant does not have the ability to pay interest and that it should be

18 ordered that the interest requirement is waived for the restitution.

19     DATED:   June   14  , 2005.

20                                        McGregor W. Scott
                                          United States Attorney
21

22                                        By   /s/ Virna L. Santos
23                                          Virna L. Santos
                                          Assistant United States Attorney
24
                                          Attorneys for Plaintiff,
25                                          United States of America

26 ///

27 ///

28 ///

2

DATED:   June _15_, 2005.

BAKER, MANOCK & JENSEN

By____/s/ Robert D. Wilkinson_____
Robert D. Wilkinson
Attorneys for Defendant TERRY L.
WALTON

### ORDER

Having considered the parties' Stipulation set forth above, and good cause appearing therefor, the Court hereby orders that the Judgment In A Criminal Case herein, dated February 8, 2005, sentencing Defendant TERRY L. WALTON to probation for a term of 60 months, is hereby modified pursuant to Federal Rules of Criminal Procedure, Rule 32.1(c) and United States Code, Title 18, section 3612(f)(3), insofar as the Court hereby determines that Defendant Terry L. Walton does not have the ability to pay interest and it is ordered that the interest requirement is waived for the restitution.  IT IS SO ORDERED.

DATED: June 16, 2005

/s/ OLIVER W. WANGER

Oliver W. Wanger
United States District Judge

G:\docs\GLucas\Orders To Be Signed\03cr5142.stip.wpd
10924.0017