PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:03CR05142-01 OWW** |
| ) | |
| **TERRY L. WALTON** ) | |
| ) | |

On February 7, 2005, the above-named was placed on probation for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

                        Respectfully submitted,

                        /s/ Hubert J. Alvarez

                        **HUBERT J. ALVAREZ
                        Senior United States Probation Officer**

Dated:       January 31, 2008
                Fresno, California


**REVIEWED BY:**    /s/ Bruce A. Vasquez
                        **BRUCE A. VASQUEZ
                        Supervising United States Probation Officer**

**Re:   TERRY L. WALTON**
   **Docket Number:   1:03CR05142-01 OWW**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   February 21, 2008**                         **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE